IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__WESTERN__ DIVISION

DRAKE A EDWARDS PRO·SE
(Enter Above the Name of the Plaintiff in this Action)

3:14-cv-457
Walter H. Rice
Michael R. Merz

vs. D2
DAYTON POLICE DEPT ~~D2~~
~~MARK GROSS~~
~~SGT Ronald Robinson~~
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them: P&
MONTGOMERY Sherriff Dept ~~P&~~
~~DEPUTY~~ DEPUTY JIM Miller
RECORDS OFFICE FOSTER JONES
MARK GROSS DAYTON POLICE
SGT Ronald ROBINSON

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

DRAKE A EDWARDS
Name - Full Name Please - PRINT

401 OXFORD AVE
Street Address

DAYTON OHIO 45402
City, State and Zip Code

614 531-1282
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. DAYTON POLICE DEPT
   Name - Full Name Please
   301 W III ST DAYTON OHIO 45402
   Address: Street, City, State and Zip Code

2. MONTGOMERY SHERRIFF DEPT
   330 W II SECOND ST DAYTON OHIO 45402

3. DEPUTY JIM MILLER "696" CAR "3418"
   330 W II SECOND ST DAYTON OHIO 45402

4. FOSTER JONES
   330 W II SECOND ST DAYTON OHIO 45402

5. MARK GROSS OFFICER DPD PEND "SGT"
   301 W Third ST DAYTON OHIO 45402

6. SGT RONALD ROBINSON
   301 W Third ST DAYTON OHIO 45402

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

G Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

G Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

G Title ____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Sir, on ~~arbout~~ about 12/13/2014 at 0217 AM, I notice an white male in his late 50s sitting at the gas station smoking with a slur he said his name was officer Jones he flash his Montgomery County badge and said good bye so I was waiting until the BP gas station reopen at 0300 AM, however this white male was talking too an African man employee at BP, I heard him say I going to be real mean at him I am going to scare him I was looking he turned around and said I am going to take you down to the county jail tonight get over here. I was walking away from, then he got in car gave chase I was running scared he stop his car un marked white cruiser PNU 9238? 937-397-1333 He said get your ~~Black~~ BG Black Ass over here awhile he had his hand on gun, I ran across the street twice almost got hit, in April 2014 Jim Miller been stalking harrising me since I met him at the gas station accross from Raddison ~~Hotel~~ Wasour. He used a white guard to search my room⌐ for contra band illegal,
　　　　　　　　　　　　　　　　└ at Wasour Ford Drive
I request an jury trial. Radisson Hotel

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 3:04cv0121 | Drake A Edwards vs. City of Dayton et al |
| | vs. |
| | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

PAY ME PLEASE, 1.2 Billion Dollars
Arrest Sgt Ronald Robinson for Murder
Fire Deputy Jim Miller 696 Car 8412 for Harrasment, Stalking
Promote Sgt Shriver
Promote Sst Jackson
Promote Major Wilson
Make me Intern Asst to Erick Holder
Restore, pardon my name give me my
Badge Back 8P 23591 Dayton Ohio
Promote me to Asst Federal Marshall
Also.
Arrest Foster Jones He said get "your Black ass over here"
His # 937-397-1338 I want the court to
Instruct the police and Deputy's to Leave me Alone
And I motion the court 1.2 Billion Dollars, for Pain, Suffering
and a Jury Trial

I state under penalty of perjury that the foregoing is true and correct. Executed on
this 17 day of DEC, 20 14.

_____  PRO-SE
Signature of Plaintiff

PEACE!