IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DRAKE A. EDWARDS,

    Plaintiff,

    v.

DAYTON POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 3:14-cv-457

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3); DISMISSING COMPLAINT (DOC. #2) WITHOUT PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz in his December 23, 2014, Report and Recommendations (Doc. #3), as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Despite being informed of his right to file Objections to the Report and Recommendations, and of the consequences for failing to do so, Plaintiff has not filed any Objections within the time allotted.

Plaintiff's Complaint (Doc. #2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted. Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: January 12, 2015

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE